

## Fourth Court of Appeals

### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00676-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Jason Pulliam, Justice

Delivered and Filed:  November 16, 2016

SUPPLEMENTAL PETITION FOR WRIT OF MANDAMUS DENIED

On October 14, 2016, Relator filed a "petition for writ of certiorari," which this court considered as a mandamus and denied.  On November 3, 2016, Relator filed a petition for writ of mandamus which this court has determined is a supplement to his October 14, 2016 petition.  The court has considered Relator's petition and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012CI19573, styled *Martha Donohue v. John M. Donohue*, in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.